# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00143-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MITCHUM SCOTT TURPIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion Pursuant to 18 U.S.C. § 3664(k)" [Doc. 94] and the Government's Response thereto [Doc. 97].

In his motion, the Defendant asserts, in part, that he did not receive notice of his enrollment in the Treasury Offset Program ("TOP"). [Doc. 94 at 3]. In response, the Government asserts that "[t]he United States' records indicate that a TOP notice was sent on December 29, 2003, and again on March 6, 2007." [Doc. 97 at 6]. The Government, however, does not offer any evidence in support of this assertion. The Court will allow the Government fourteen (14) days to supplement the record with evidence of the pre-offset notice provided to the Defendant.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the Government shall supplement the record with evidence of the pre-offset notice provided to the Defendant.

**IT IS SO ORDERED.**

Signed: December 7, 2021

Martin Reidinger
Chief United States District Judge